IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| ELGRET LORENZO BURDEX, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-19-919-D |
| | ) | |
| J. GERLACH, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**J U D G M E N T**

Pursuant to the Order adopting the magistrate judge's Report and Recommendation, this action is DISMISSED without prejudice to a future filing.

Entered this 24th day of January, 2020.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge